UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20233-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LANDEN NOAH KESSLER,

        Defendant.
_____/

## ORDER UNSEALING OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

THIS CAUSE came before the Court *sua sponte* on defendant's sealed objections to presentence investigation report and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that said objections are **UNSEALED**.

DONE and ORDERED in Miami-Dade County Florida, this ___ day of _____ 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record