**SEALED**

Unsealed 12/8/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20233-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LANDEN NOAH KESSLER,

        Defendant.
_____/



FILED by ___ D.___

NOV 16 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## ORDER DENYING MOTION TO SEAL

THIS CAUSE came before the Court upon defendant's motion to seal filed on November 9, 2006 **[D.E. #29]** and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that said motion is **DENIED.**

DONE and ORDERED in Miami-Dade County Florida, this 15th day of November 2006.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE